Carrasquillo, Demandante y Apelada, *v.* Bertrán et al., Demandados y Apelantes.

Apelación procedente de la Corte de Distrito de Humacao en pleito sobre daños y perjuicios.  Moción para agregar a los autos.

No. 2301.—Resuelto en enero 14, 1921.

Corrección de Autos—Transcripción.—Un *affidavit* rendido por los árbitros, que jamás fué sometido a la corte inferior para su aprobación o para que dictara cualquier resolución, no puede ser incorporado a la transcripción después de radicada en esta Corte.

Los hechos están expresados en la opinión.

Abogados de los apelantes: *Sres. F. González y C. Travecier.*

Abogados de la apelada: *Sres. F. Cervony Gely y R. López Antongiorgi.*  El *Sr. G. Jiménez* compareció en el acto de la vista.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Esta es una solicitud para agregar un *affidavit* a la transcripción de autos. Según podemos entender, los apelantes en su alegato impugnaron la acción adoptada por algunos árbitros y alegaron que no debía ser tomada en consideración. Este alegado *affidavit* muestra por su faz ser un juramento de los árbitros respecto a las razones por las cuales ellos no tomaron acción, inculpando aparentemente a los apelantes. La apelada admite que dicho *affidavit* fué radicado en la Corte de Distrito de Humacao después que la transcripción de autos en este caso había sido presentada a esta corte. Alega, en resumen, la apelada, que o debía permitirse a ella radicar el *affidavit* en esta corte, o de otro modo no debiéramos tomar en consideración la impugnación hecha por los apelantes a la actuación de los árbitros. Por supuesto que en este sentido es prematuro para nosotros tomar ninguna acción con respecto a los alegatos o a los autos antes de que el caso sea oído sobre sus méritos. Con respecto a la moción para agregar un *affidavit* a los autos, la cual fué radicada en la corte de distrito después que la transcripción había sido recibida en esta corte, esto está claramente fuera de nuestras facultades.

Ni el *affidavit* ni aparentemente nada de su contenido jamás fueron sometidos en esta apelación a la corte de distrito para su aprobación o para que dictara cualquier resolución.

La moción para agregar el *affidavit* debe ser denegada.

*Denegada la corrección de autos.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.